IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                                          CRIMINAL NO. 5:03cr30BrN

KENNETH E. GOODMAN,                                         DEFENDANTS
STEPHANIE S. GOODMAN,
BENOIT HOLLOWAY and
GRAY GOODMAN



## AGREED FINAL ORDER OF FORFEITURE

WHEREAS, on August 27, 2007, this Court entered an Agreed Preliminary Order of Forfeiture ordering defendant Kenneth E. Goodman and Claimant Oscar Goodman to forfeit substitute assets in the amount of Thirty Five Thousand Dollars ($35,000), which is the difference between the appraised fair market value of the real property (described in the Agreed Preliminary Order of Forfeiture marked Exhibit "A" attached hereto and incorporated by reference herein), and the $300,000 already expended by Claimant Oscar Goodman;

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to Section 982, Title 18, United States Code or Section 981(a)(1)(C), Title 18, United States Code and Section 2461(c), Title 28, United States Code;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the sum of Thirty Five Thousand Dollars ($35,000) is hereby forfeited by defendant Kenneth E. Goodman and Claimant Oscar Goodman to the United States of America as substitute assets pursuant to Section 853, Title 21, United States Code in lieu of the forfeiture of the real property described in Exhibit "A" attached hereto;

IT IS FURTHER ORDERED AND ADJUDGED that all right, title and interest in the sum

of Thirty Five Thousand Dollars ($35,000.00), which constitutes the difference between the appraised fair market value of the real property described in the Agreed Preliminary Order of Forfeiture, (Exhibit "A"), and the $300,000 already expended by the Claimant Oscar Goodman, is hereby forfeited to the United States to be disposed of as provided for by law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that, as the forfeiture in this case involves only money as a substitute asset in lieu of the forfeiture of the real property described in Exhibit "A", the ancillary requirements of Section 853(n), Title 18, United States Code, shall be excused in this matter, there being no other potential claimants who have an interest in the substitute asset.

SO ORDERED, ADJUDGED, AND DECREED this 21 day of February 2008.

_____
UNITED STATES DISTRICT JUDGE

Approved:

_____
JOHN DOWDY, Assistant U.S. Attorney
Chief, Criminal Division

_____
KENNETH E. GOODMAN, Defendant

_____
OSCAR GOODMAN, Claimant

_____
CLYDE E. ELLIS,
Attorney for Kenneth E. Goodman and
Oscar Goodman